UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

WILLIAM WHITE                                                                                           PLAINTIFF

v.                                                                                      CASE NO.: 3:24-cv-00033-DJH-RSE

WESTLAKE PORTFOLIO MGMT., LLC et al.                                                     DEFENDANTS

## NOTICE OF SETTLEMENT

Defendant, Trans Union, LLC ("Trans Union") and Plaintiff, William White, hereby notify the Court that Plaintiff and Trans Union have settled all claims between them in this matter and are in the process of completing the final settlement documents.

Respectfully submitted this 18th day of January, 2024.

HEMMINGER LAW OFFICE, PSC

/s/ *David W. Hemminger*
David W. Hemminger
HEMMINGER LAW OFFICE, P.S.C.
331 Townepark Circle, Suite 100-C
Louisville, KY 40243
Tel: (502) 443-1060
Fax: (502) 873-5300
Email: hemmingerlawoffice@gmail.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of January, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record.

*/s/ David W. Hemminger*
David W. Hemminger
