UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

WILLIAM WHITE,                                                                                    Plaintiff,

v.                                                                       Civil Action No. 3:24-cv-33-DJH-RSE

WESTLAKE PORTFOLIO
MANAGEMENT, LLC et al.,                                                                      Defendants.

\* \* \* \* \*

## ORDER

Plaintiff William White and Defendant Equifax Information Services, LLC having filed an agreed order of dismissal with prejudice as to White's claims against Equifax (Docket No. 32), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1)   White's claims against Equifax are **DISMISSED** with prejudice.  The Clerk of Court is **DIRECTED** to terminate Equifax Information Services, LLC as a defendant in the record of this matter.

(2)   All claims having been resolved (*see* D.N. 24; D.N. 27; D.N. 28), this matter is **DISMISSED**, **CLOSED** and **STRICKEN** from the Court's active docket.

July 1, 2024

David J. Hale, Judge
United States District Court

1